```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                                             Case No. 09-cr-43-PB

**Scott Rogers**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for July 7, 2009 citing the need for additional time to resolve the issue of defendant's competency prior to trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 7, 2009 to September 1, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on August 25, 2009 at 2:00 p.m.

No further continuances absent good cause shown.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 1, 2009

cc: Jessica Brown, Esq.
    Michael Zaino, Esq.
    United States Probation
    United States Marshal