```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                          Case No. 09-cr-45-PB

**Scott Rogers**


### O R D E R

The defendant has moved, through counsel, to continue the trial scheduled for September 1, 2009, citing the need for additional time to conduct further investigation and identify potential witnesses for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 1, 2009 to December 1, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reason, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 25, 2009 final pretrial conference is continued to November 16, 2009 at 4:15 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 18, 2009

cc: Jessica Brown, Esq.
    Michael Zaino, Esq.
    United States Probation
    United States Marshal