UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                           Case No. 09-cr-45-01-PB

<u>Scott Rogers</u>


<u>ORDER</u>

    Re: Document No. 25, Motion to Request Assistance obtaining supplies

    Ruling: I have determined that the defendant does not need access to Black's Law Dictionary to prepare his defense, nor does he require a memory stick. The facility where he is housed shall provide him with access to a copy machine to make copies of cases and legal materials that are related to his defense at no cost. In all other respects, the defendant's motion is denied.


                                          <u>/s/ Paul Barbadoro</u>
                                          Paul Barbadoro
                                          U.S. District Judge

Date: October 5, 2009

cc: Scott Rogers, Pro Se
    Michael Zaino, Esq.