```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                     Case No. 09-cr-45-PB

**Scott Rogers**


**O R D E R**


    The defendant has moved to continue the trial scheduled for December 1, 2009, citing the need for additional time review additional discovery materials received from the government and to respond to the superseding indictment.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 1, 2009 to March 2, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on February 19, 2010 at 2:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 16, 2009

cc: Scott Rogers, pro se
    Michael Zaino, Esq.
    United States Probation
    United States Marshal