```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Case No. 09-cr-45-PB

**Scott Rogers**


**O R D E R**

    Pro se defendant, Scott Rogers, has to continue the March 2, 2010 trial, citing a conflict of the trial date with trials scheduled in state court and the need for additional time to properly prepare for trial in this case.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 2, 2010 to May 4, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 19, 2010 final pretrial conference is continued to April 16, 2010 at 2:00 p.m.  No further continuances will be granted in this case.

The defendant's request for access to a scanner is denied.

SO ORDERED.

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

February 16, 2010

cc: Scott Rogers, pro se
     Michael Zaino, Esq.
     United States Probation
     United States Marshal