```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    v.                                    Criminal No. 09-cr-45-01-B

**Scott Rogers**


### O R D E R

The defendant has moved to continue the May 4, 2010 trial in the above case. Defendant cites the need for additional time as counsel was recently appointed and needs time to review discovery. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 4, 2010 to July 7, 2010. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

   The court will hold a final pretrial conference on June 25, 2010 at 2:00 pm.

   SO ORDERED.

                                         /s/ Paul Barbadoro
                                         Paul Barbadoro
                                         Chief Judge

April 23, 2010

cc:   David Ruoff, Esq.
      Michael Zaino, Esq.
      United States Probation
      United States Marshal